**MARYLAND CASUALTY COMPANY,**
Petitioner,

v.

**Manuel SOSA, Respondent.**

**No. B–845.**

Supreme Court of Texas.

July 2, 1968.

Rehearing Denied July 24, 1968.

Clements, Knight, Weiss & Spencer, Edward R. Finck, Jr., San Antonio, for petitioner.

Rice, Whitehead and Seely, San Antonio, for respondent.

## ON APPLICATION FOR WRIT OF ERROR

PER CURIAM.

This is a workmen's compensation case in which the Court of Civil Appeals has affirmed the trial court's judgment awarding the claimant a recovery for total and permanent disability.    425 S.W.2d 871. The application for writ of error is refused, no reversible error, but we are not to be understood as approving the form of the issue which inquired whether the specific injury "and the effects thereof" extended to and affected plaintiff's left shoulder.